IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-115-RJC-DCK

| | |
|---|---|
| AKANKSHA HENSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GAMBILL AND PATEL, LLC, ) | |
| CLINGMAN PIT STOP, INC., RAJNI ) | |
| PATEL in his individual capacity, and JON ) | |
| M. GAMBILL in his individual capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by Megan Sadler, concerning Margaret Santen Hanrahan on October 12, 2017. Ms. Margaret Santen Hanrahan seeks to appear as counsel *pro hac vice* for Defendants Gambill and Patel, LLC, Clingman Pit Stop, Inc., Rajni Patel, and Jon M. Gambill. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Ms. Margaret Santen Hanrahan is hereby admitted *pro hac vice* to represent Defendants Gambill and Patel, LLC, Clingman Pit Stop, Inc., Rajni Patel, and Jon M. Gambill.

**SO ORDERED**.

Signed: October 12, 2017

David C. Keesler
United States Magistrate Judge