IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:17-CV-115-RJC-DCK

| AKANKSHA HENSLEY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| GAMBILL AND PATEL, LLC, CLINGMAN PIT STOP, INC., RAJNI PATEL, and JON M. GAMBILL, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay All Deadlines Pending Settlement And Extend Discovery" (Document No. 23) filed May 1, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay All Deadlines Pending Settlement And Extend Discovery" (Document No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** the parties shall file a Status Report proposing amended case deadlines or a Notice of Settlement, on or before **June 29, 2018**.

Signed: May 1, 2018

David C. Keesler
United States Magistrate Judge